UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    Civil Action #: 05 CV 8905
HAROLD J. WARREN, JR.,

**JURY DEMAND**

        Plaintiff,

    -against-

BERKSHIRE LIFE INSURANCE AGENCY, INC.,
and UNUMPROVIDENT CORPORATION,
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that plaintiff demands a trial by jury.

            WEITZ & LUXENBERG, PC
            Attorney for Plaintiff
            180 Maiden Lane
            New York, NY 10038-4925
            (212) 558-5500

            By: _____
            Lawrence Goldhirsch (LG-2117)

TO:
    WHITE & WILLIAMS LLP
    Attorneys for defendant
    UNUM PROVIDENT CORPORATION
    The Atrium
    East 80 Route 4
    Paramus, NJ 07652
    (201)368-7200
    Attn.: ROBERT T. PINDULIC, ESQ.


    WINDELS MARX LANE & MITTENDORF, LLP
    Attorney for defendant
    BERKSHIRE LIFE INSURANCE AGENCY INC.
    156 West 56th Street
    New York, NY 10019
    (212)237-1000
    Attn.: ROBERT D. MERCURIO, ESQ.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NEW YORK     )

I, SANDRA LOPEZ, being duly sworn, deposes and says that I reside in Bronx, New York, am over the age of eighteen and not a party to this action.

That on October 25, 2005, deponent served the within JURY DEMAND:

WHITE & WILLIAMS LLP
Attorneys for defendant
UNUM PROVIDENT CORPORATION
The Atrium
East 80 Route 4
Paramus, NJ 07652
(201)368-7200
Attn.: ROBERT T. PINDULIC, ESQ.


WINDELS MARX LANE & MITTENDORF, LLP
Attorney for defendant
BERKSHIRE LIFE INSURANCE AGENCY INC.
156 West 56th Street
New York, NY 10019
(212)237-1000
Attn.: ROBERT D. MERCURIO, ESQ.


at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an envelope under the exclusive care and custody of the United States Postal Service via REGULAR MAIL.

_____
SANDRA LOPEZ

Sworn to before me this
25TH day of October 2005

_____
Notary Public

BRENDA I. AGOSTINI
Notary Public, State of New York
#03-01AG5025761, Qual. Bronx Co.
Commission Expires April 4, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Civil Action #: 05 CV 8905
HAROLD J. WARREN, JR.,

                      Plaintiff,

      -against-

BERKSHIRE LIFE INSURANCE AGENCY, INC.,
and UNUMPROVIDENT CORPORATION,
------------------------------------------------------------X

                     Defendants
=================================================

## JURY DEMAND

=================================================

                      WEITZ & LUXENBERG, PC
                      Attorneys for Plaintiff
                      180 Maiden Lane, 17th floor
                      New York, NY 10038-4925
                      (212) 558-5500